UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00260-22 |
| | ) JUDGE HAYNES |
| ABDIFATAH SHARIF OMAR, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to reconsider the Court's Detention Order and reopen the detention hearing (Docket Entry No. 791) is **GRANTED**, but the Order of detention (Docket Entry No. 540) is **AFFIRMED**.

It is so **ORDERED**.

ENTERED this the 22nd day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge