IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-00260-10 |
| | ) | JUDGE HAYNES |
| YASIN AHMED FARAH | ) | |

### DEFENDANT YASIN AHMED FARAH'S MOTION TO JOIN CO-DEFENDANT MUSTAFA AHMED MOHAMED'S MOTION TO HAVE CASE DECLARED COMPLEX AND EXTENDED

Comes now the Defendant, Yasin Ahmed Farah, by and through his undersigned counsel and hereby requests that he be permitted to join the Defendant Mustafa Ahmed Mohamed's motion to declare case extended and complex and also permit interim vouchering and order budgeting as a mega case.

In support of this motion, Defendant Yasin Ahmed Farah states that this Court has already granted the said motion (Docket No. 871), and so therefore the same reasons previously addressed by this Court, also be granted with respect to Defendant Yasin Ahmed Farah. Defendant Yasin Ahmed Farah also states that the factors detailed in the motions filed by the co-defendants apply to Defendant Yasin Ahmed Farah.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com