UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff         Docket No. 3:10-CR-00260(23)

v.                             Chief Judge Haynes

LIBAN SHARIF OMAER,

        DEFENDANT.

**MOTION TO JOIN MOTIONS OF CO-DEFENDANTS**

Comes now the defendant, Liban Sharif Omar, by and through his counsel Gary R. Wolf, and moves to join the pretrial motions of any codefendant, other than any motions for continuance.

Dated: January 11, 2012         Respectfully submitted,

*Gary R. Wolf*

---
Gary R. Wolf
Attorney ID No. 129136
Suite 205
250 Second Avenue South
(612) 333-6000

**CERTIFICATE OF SERVICE**