UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff        Docket No. 3:10-CR-00260(23)

v.                        Judge Haynes

LIBAN SHARIF OMAR,

        DEFENDANT.

## MOTION FOR LEAVE TO ADOPT AND JOIN IN CODEFENDANTS' RESPONSES TO TRIAL PROCEDURES ANNOUNCED AT HEARING OF JANUARY 6, 2012

Defendant Liban Sharif Omar, by and through his counsel of record, Gary R. Wolf, respectfully moves to adopt and join in the responses filed by co-defendants, Nur's (Docket No.1157), Fahra's (Docket No. 1160), Hashi's,(Docket No. 1161), Ali's (Docket No. 1162), Kayachith's (Docket No. 1166), Said (Docket No.1169), and other co-defendant's responses in this case to the proposed trial procedures announced by the this Honorable Court at the January 6, 2012 hearing, for all the reasons stated in those responses.

                                    Respectfully submitted,

                                      *Gary R. Wolf*

Dated: January 11, 2012.        _____
                                      Gary R. Wolf