IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| vs. | § | 3:10-CR-00260 (7) | |
| | § | | |
| HASSAN AHMED DAHIR | § | | |

## MOTION FOR LEAVE TO ADOPT AND JOIN CODEFENDANTS' RESPONSES TO TRIAL PROCEDURES ANNOUNCED AT HEARING OF JANUARY 6, 2012

Comes now the Defendant, Hassan Ahmed Dahir, by and through his counsel of record, Patrick T. McNally, and moves to adopt and join the responses filed by co-defendants, Nur's (DE 1157), Fahra's (No. 1160), Hashi's, (No. 1161), Ali's (DE 1162), Kayachith's (No. 1166), Said (No. 1169), and other co-defendant's responses in this case to proposed trial procedures announced by the Court at the January 6, 2012 hearing, for all the reasons stated in those responses.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
Attorney for Defendant
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com