IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-00260-04 |
| | ) | JUDGE HAYNES |
| YAHYA JAMAL AHMED (Def. No. 4) | ) | |

*[Handwritten annotation: GRANTED. This motion is GRANTED. [signature] 1-24-12]*

## MOTION

Defendant, Yahya Jamal Ahmed (4), respectfully moves the Court for an Order permitting him to join the objections to issues from the January 6th hearing filed by Defendant Musse Ahmed Ali (Docket No. 1162).

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant Ahmed
Price, Hill & Kolarich
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
(615) 244-5772

## CERTIFICATE OF SERVICE

I certify that I have placed a true and exact copy of the foregoing document was sent via Electronic Filing with the U.S. Courts, on this the 19th of January, 2012 to:

Van S. Vincent, AUSA
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203

All Co-Defendant's Counsel
*Via U.S. Court's Electronic Filing*

/s James W. Price, Jr.
James W. Price, Jr.