IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-CR-00260 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| BASHIR YASIN MOHAMUD et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the motions for severance (Docket Entry Nos. 933, 1051, 1060, 1065, 1071, 1079, 1086, 1116 117 and 1307) are **GRANTED in part** and **DENIED in part**.

Pursuant to Fed. Crim. P 8(a), **Counts 15, 16, 17, 18, 19, 20, 22 through 24 are SEVERED** from the March 20, 2012 trial of this action.

Pursuant to Fed. R. Crim. P. 14, the charges against **Defendants Bashir Yasin Mohamud and Mustafa Ahmed Mohamed are SEVERED** from the March 20, 2012 trial of this action.

There will be a separate trial on Counts 15, 16, 17, 18, 19, 20, 22 through 24. There will be a separate trial for Defendants Bashir Yasin Mohamud and Mustafa Ahmed Mohamed for their sex trafficking involving the adult female.

It is so **ORDERED**.

ENTERED this the 16th day of February, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge