IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDL DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. 3:10-00260 |
| | ) | |
| FUAD FAISAL NUR (21) and | ) | |
| HASSAN AHMED DAHIR (7) | ) | |

JOINT MOTION TO SWAP EVIDENCE VIEWING TIMES

Comes now Counsel for Defendants Fuad Faisal Nur (21) and Hassan Ahmed Dahir (7) and would move the Court to allow the Defendants to swap the previously set times for the review of evidence on February 6, 2012. As grounds for the request counsel would state the Court the following:

Counsel for Fuad Faisal Nur (21) is scheduled to appear for the evidence review on February 6, 2012, at 2:00 p.m. (D.E. 965) and would move the Court to allow counsel to attend the 9:00 a.m. evidence review session.

Likewise, Counsel for Hassan Ahmed Dahir (7) is scheduled to appear for the evidence review on February 6, 2012, at 9:00 a.m. (D.E. 965) and would move the Court to allow counsel to attend the 2:00 p.m. evidence review session.

Both counsel would submit that conflicts have arisen that, while not completely precluding counsel from attended the evidence viewings as scheduling, would make swapping the times more conducive to a full and complete evidence review.

*[Handwritten annotation: ORDER - This motion is DENIED as moot. [signature] 2-22-12]*