UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| [12] FATAH HAJI HASHI | ) | |
| [17] ANDREW KAYACHITH | ) | |
| [22] LIBAN SHARIF OMAR | ) | |
| [24] MOHAMED SHARIF OMAR | ) | |
| [30] MOHAMED AHMED AMALLE | ) | |

## UNITED STATES' RESPONSE TO ALL MOTIONS FOR EXCULPATORY EVIDENCE

*[Handwritten order:]* ORDER Based upon this response, the defendants' motions (DE Nos 1076, 1081, 1105, and 1135) are DENIED as moot. Yet, the Government shall make a supplemental disclosure of known materials at least one week prior to trial. [signature] 2-24-12

The United States of America, by and through the undersigned, hereby files this response to all Motions for Jencks, Brady, and Gigilio, particularly those filed by Defendants Fatah Haji Hashi (12) (DE 1105); Andrew Kayachith (17) (DE 1135); Liban Sharif Omar (22) (DE 1081); Mohamed Sharif Omar (24) (DE 1076); and Mohamed Ahmed Amalle (30) (DE 1068).

All motions for Jencks, Brady, and Giglio are moot. This Court has ruled on this issue. (See DE, 960, p. 2 (stating "[f]or the reasons and authorities cited in the Court's Memorandum on discovery under the May 10, 2010 Order, (Docket Entry No. 606)), this motion is DENIED as moot. Moreover, the Government represents that all clearly Brady, Giglio, and Jencks materials have been disclosed. The Government remains under a continuing obligation to make additional such disclosures as additional information is acquired and additional discovery is produced by the Government")).