IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In accordance with the Memorandum filed herewith, the motions to dismiss filed by the Defendants: Hamdi Osman (Docket Entry Nos. 1432 and 1433); Abdullahi Hashi (Docket Entry No. 1476; and Andrew Kayachith (Docket Entry No. 1513) and joined by Abdullahi Afyare (Docket Entry No. 1518); Hassan Ahmed Dahir (Docket Entry No. 1526); Haji Osman Salad (Docket Entry No. 1543); and Abdullahi Hashi (Docket Entry No. 1568) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge