IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 3:10-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, the motions to suppress filed by Defendants, Liban Sharif Omar and Haji Osman Salad. (Docket Entry Nos. 1089, 1090, 1531 and 1535) are **DENIED**, but the motions filed by Defendants Ahmed Aweys Sheik and Abdifatah Sharif Omar (Docket Entry Nos.1058 and 1443) on the March 29, 2010 search of the vehicle are **PROVISIONALLY GRANTED** pending proof of the posted speed limit on the portion of Interstate 35 at the time of the officer's stop.

**It is so ORDERED.**

Entered on this the ___ day of March, 2012

William J. Haynes, Jr.
United States District Judge