UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO. 3:10-CR-00260(13) |
| | ) JUDGE HAYNES |
| ABDIRAHMAN ABDIRAZAK HERSI, | ) |
| DEFENDANT. | ) |

**Notice of Defendant's Intent to File Response to Government's Motion Titled
First Motion for Victim Rights Regarding Severances by USA @ Docket Entry 1760
And
Request to Reserve Ruling on the Government's Motion until Sometime After 3/7/12**

Comes the Defendant, through counsel, and notifies the Court that the Defendant Hersi intends to file a response to the government's Motion regarding Victim Rights, filed at Docket Entry 1760. Counsel requests the Court to reserve ruling on the government's motion until sometime after 3/7/12 – which is the filing deadline for parties to file motions in *limine* with the Court – to allow Defendant the opportunity to file a response to D.E. 1760.

Respectfully submitted,

s/ Hershell Koger
Hershell Koger
Counsel for Defendant Hersi
P.O. Box 1148
Pulaski, TN 38478
(931) 424-0882
kogerlaw@hotmail.com

[Handwritten annotation: In light of the Court's ruling, the notice filed as a motion by the Clerk is DENIED as moot. /s/ [signature] 3-7-12]

CERTIFICATE OF SERVICE

I hereby certify that in the 5th day of March 2012, a true and correct copy of the foregoing Notice of Defendant's Intent was sent via the CM/ECF system to Assistant U. S. Attorneys Van S. Vincent and Blanche B. Cook, 110 9thAvenue South, Suite A-961, Nashville, Tennessee 37201.

s/ Hershell Koger
Hershell Koger