UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | Case No. 3:10-00260 |
| vs. ) | JUDGE HAYNES |
| ) | |
| ANDREW KAYACHITH (17), ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

*[Handwritten annotation: DENIED as moot in light of the Court's order re: technology at trial. [initials] 3-9-12]*

MOTION FOR USE OF CERTAIN TECHNOLOGY AND SUPPORT DURING TRIAL

Comes now the Defendant, ANDREW KAYACHITH (17), by and through his appointed counsel, and respectfully moves this Honorable Court to order the use of certain technology and support during the trial. In support of said motion, Mr. Kayachith states as follows:

1. On March 20, 2012, the trial of all charges related to the alleged sex trafficking of minors in the above referenced case is set to begin. After the Court's decision to sever two more defendants from the upcoming trial, it appears that the trial will likely consist of 24 defendants. This Honorable Court has stated that certain changes will have to be made to the courtroom in order to accommodate the seating of all defendants and their counsel including the removal of most of the present gallery section.

2. Because of the vast size of the courtroom and the likelihood of certain defendants and counsel being seated somewhere in the present gallery, there is a likelihood that certain defendants and their counsel may have difficulties seeing and hearing the witnesses that testify. As such, Defendant first moves this Honorable Court to supply a

1