UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO. 3:10-CR-00260(13) |
| | ) JUDGE HAYNES |
| ABDIRAHMAN ABDIRAZAK HERSI, | ) |
| DEFENDANT. | ) |

**Defendant's Motion to Join in Motions in Limine Filed at Docket Entries 1856, 1860, 1867, 1868**

Comes the Defendant, through counsel, and moves the Court to allow Defendant to join in the following earlier filed defense motions in this case, to wit:

Docket Entry 1856  MOTION in Limine Concerning the Government's Argument.

1860  MOTION in Limine Concerning Gang Membership, to the extent the legal argument would similarly apply to the Defendant Hersi (13).

1867  MOTION in Limine Regarding the Term "Victim."

1868  MOTION in Limine Regarding Diminutive Terms.

Respectfully submitted,

s/ Hershell Koger
Hershell Koger
Counsel for Defendant Hersi
P.O. Box 1148
Pulaski, TN 38478
(931) 424-0882
kogerlaw@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March 2012, a true and correct copy of the foregoing Motion to Join was sent via the CM/ECF system to A.U.S.A's Van S. Vincent and Blanche B. Cook, 110 9thAvenue South, Suite A-961, Nashville, Tennessee 37201.

s/ Hershell Koger
Hershell Koger

[Handwritten annotation: "GRNPSU This motion is GRANTED [signature] USDJ 3-12-12"]