IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V  3:10-00260-003

AHMAD A. AHMAD

MOTON TO JOIN IN MOTION OF FUAD FAISAL NUR'S
MOTIN FOR DISCOVERY OF RULES 16(a)(1)(G) EVIDENCE

Comes the defendant by and through counsel to file Motion to Join in the Motion of Fuad Faisal Nur's Motion for discovery of Rule 16(a)(1)(G) evidence.

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
DrakeCourt@att.net

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the foregoing has been sent to AUSA Van Vincent and Blanche Cook, Suite A961, 110 9th Ave S, Nashville TN 37203, by electronic filing on March 10, 2012.

/S/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.

Case 3:10-cr-00260  Document 1884  Filed 03/10/12  Page 1 of 1 PageID #: 9758