UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-260 (12) |
| | ) | JUDGE HAYNES |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |

DEFENDANT FATAH HAJI HASHI'S MOTION TO JOIN
DEFENDANT YASSIN YUSUF'S MOTION FOR A COURT ORDER TO PERMIT THE
ISSUANCE OF A SUBPOENA REQUIRING THE PRODUCTION OF A DNA SAMPLE
FROM IBRAHIM MOHAMED HASSAN AND JANE DOE TWO FOR THE PURPOSE
OF DETERMINING IF IBRAHIM MOHAMED HASSAN IS THE BIOLOGICAL
FATHER OF JANE DOE TWO (DE 1943)

*[Handwritten: ORDER — The motion to join is GRANTED. [illegible] 3/13-12]*

Comes now Fatah Haji Hashi, by and through court appointed counsel, and moves the Court to join in Defendant Yassin Yusuf's Motion For A Court Order To Permit The Issuance Of A Subpoena Requiring The Production Of A DNA Sample From Ibrahim Mohamed Hassan And Jane Doe Two For The Purpose Of Determining If Ibrahim Mohamed Hassan Is The Biological Father Of Jane Doe Two (DE 1943).

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, 10566
Attorney at Law
1308 Rosa L. Parks Boulevard
Nashville TN 37208
615 254-0202
jgoliva@comcast.net

CJA Attorney for Fatah Hashi