IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | 3:10-CR-00260(7) CHIEF JUDGE HAYNES |
| HASSAN AHMED DAHIR (7) | § | |

*[Handwritten annotation: "ORDER. The motion to join is GRANTED. [signature] 3-15-12"]*

## DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN DEFENDANT ANDREW KAYACHITH'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE, MOTION TO INTRODUCE F.R.E. 412 EVIDENCE, AND MOTION TO CLARIFY ORDER

Comes now, Hassan Ahmed Dahir, by and through the undersigned counsel, and moves the Honorable Court to join in Defendant Andrew Kayachith's Response to Government's Motion in Limine (Docket Entry no. 1796); Andrew Kayachith's Motion to Introduce F.R.E. 412 Evidence (Docket Entry no. 1997); and Andrew Kayachith's Motion to Clarify Order (Docket Entry no. 1957). The two pleadings and the Order all pertain to the issue of admissibility of Rule 412 evidence concerning Jane Doe Two.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com