IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | 3:10-CR-00260(7) |
| HASSAN AHMED DAHIR (7) | § § | CHIEF JUDGE HAYNES |

*[Handwritten notation: ORDER. The motion to join is GRANTED.]*

## DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN DEFENDANT YASSIN YUSUF'S MOTION FOR A COURT ORDER TO PERMIT THE ISSUANCE OF A SUBPOENA REQUIRING THE PRODUCTION OF A DNA SAMPLE FROM IBRAHIM MOHAMED HASSAN AND JANE DOE TWO FOR THE PURPOSE OF DETERMINING IF IBRAHIM MOHAMED HASSAN IS THE BIOLOGICAL FATHER OF JANE DOE TWO (Docket Entry no.1943)

Comes now, Hassan Ahmed Dahir, by and through the undesigned counsel, and moves the Honorable Court to join in Defendant Yassin Yusuf's Motion for a Court Order to Permit the Issuance of a Subpoena Requiring the Production of a DNA Sample from Ibrahim Mohamed Hassan and Jane Doe Two for the Purpose of Determining if Ibrahim Mohamed Hassan is the Biological Father of Jane Doe Two (DE 1943).

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir* (7)
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com