UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

*handwritten annotations: "Quick", "Thurocolaw", "GRANTED", "he will...", "3-15-12"*

**ASSISTANT UNTIED STATES ATTORNEY BLANCHE COOK'S MOTION TO BE**
**EXCUSED**

Comes now, Assistant United States Attorney Blanche Cook and moves this Honorable Court to be excused from trial in the instant matter for a few days. AUSA Cook, the undersigned, is scheduled for trial on Tuesday, April 3, 2012, before the Honorable Judge Todd J. Campbell in United States v. Brown, docket number 3:11-00051. A pre-trial conference is scheduled for March 30, 2012, at 10:30 a.m. Trial in this matter will not last more than two days. AUSA Cook is the lead attorney in United States v. Brown and has been the lead attorney since the genesis of the case.

The undersigned moves the Court to be excused from trial in the instant matter in order to attend the pre-trial conference and for two days to try United States v. Brown. The undersigned's absence will not cause any delay or inconvenience in the instant trial. The Government will proceed in the instant trial without any delay should this Court be inclined to grant this motion.

For the above-stated reasons, the undersigned respectfully requests to be excused from the instant trial on March 30, 2012, from 10:30 a.m. to 11:30 a.m. and April 3 and 4, 2012.

Respectfully submitted,

-1-