IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 3:10-CR-0260(30) |
| | ) | Judge Haynes |
| MOHAMMED AMALLE | ) | |

## MOTION FOR LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL MOTIONS

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and respectfully moves this Honorable Court for leave to join and adopt certain pre-trial motions filed by co-defendants. Specifically, Defendant Amalle requests the he be allowed to join and adopt: (1) Defendant Abdullahi Hashi's Motion in Limine No.1 (Docket Entry 1839); (2) Defendant Fatah Haji Hashi's Motion in Limine Concerning the Government's Argument (Docket Entry 1856); and Defendant Abdifitah Jama Adan's Motion in Limine #2 (Docket Entry 1841).

In support thereof, Defendant Mohammed Amalle would state as follows:

1. As to the issues raised and the relief requested in the pleadings listed above, Defendant Amalle is similarly situated to the co-defendants.

2. Defendant Amalle intends to file pleadings similar to and perhaps duplicative of the above listed pleadings.

3. Judicial economy warrants the joinder of motions relating to common issues or interests.

WHEREFORE, Defendant Amalle respectfully requests that this Honorable Court grant this Motion and allow him to join and adopt the pre-trial motions filed by co-defendants as set forth above.