UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

## GOVERNMENT'S MOTION TO STRIKE DOCKET ENTRY 1882

Comes now, the United States, by and through the undersigned, and respectfully moves this Honorable Court to strike Docket Entry 1882. The undersigned inadvertently filed Docket Entry 1882. It is misfiled and will be confusing to both this Honorable Court and the parties. The undersigned will ensure that responses to Abdullahi Sade Afyare, Fatah Haji Hashi, and Faduma Farah's motions to strike references and evidence regarding gang membership are filed appropriately.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/Blanche Cook
Blanche B. Cook
Assistant United States Attorney
110 Ninth Avenue S., Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

*[Handwritten notation: Granted. This motion is granted. (signed) 3-19-12]*

-1-