IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA, )
)
) Case No. 3:10-cr-00260-8
v. ) William J. Haynes
) Federal District Judge
)
FADUMO MOHAMED FARAH. )

**MOTION IN LIMINE #5**

Comes now the accused, Faduma Farah, by and through her counsel, Luke A. Evans, and moves this Honorable Court to issue an order directing the Government to refrain from mentioning in the presence of the jury that Mrs. Farah "was a known associate of the SOL/SM." Any information regarding supposed association with gangs would be unfairly prejudicial pursuant to *Rule 403 of the Federal Rules of Evidence*; therefore, said proof should be excluded. In the alternative, based on the highly prejudicial nature of such proof, the Government should be required to conduct a jury out hearing, prior to either referencing or presenting such evidence to the Jury.

WHEREFORE, PREMISES CONSIDERED, the accused, through counsel, moves this Honorable Court for the relief as stated herein, as well as any further general relief that this Court deems both necessary and proper.