UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.

IDRIS IBRAHIM FAHRA

Docket: 3:10-CR-00260

Judge Haynes

## DEFENDANT IDRIS FAHRA'S MOTION IN LIMINE TO PROHIBIT THE USE OF THE TERM "VICTIM" TO REFER TO WITNESSES OR FAMILY MEMBERS OF WITNESSESS

Comes now Idris Fahra, by and through counsel, Jennifer Lynn Thompson, and would move this Honorable Court for an Order preventing any witness or attorney from referring to persons in this matter as "Victims." The use of the term victim requires a conclusion that such a person has been harmed or injured as a result of a crime. The use of the term "Victim" is prejudicial and has no probative value. Therefore, Counsel now asks that witnesses and attorneys be prohibited from referring to any person in this matter as a "Victim."

*[Handwritten annotation: ORDER — This motion is GRANTED in part and DENIED. The reason stated in open court will be filed. 3-22-12]*

Respectfully submitted,
/s/ Jennifer Lynn Thompson
Jennifer Lynn Thompson
Tenn. BPR 18250
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office
(615) 246-4111 fax
nashvilleattorney@gmail.com