IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00260 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| MUSSE AHMED ALI | ) | |

**MOTION TO ALLOW AN OBJECTION MADE BY ANY DEFENDANT TO BE CONSIDERED AN OBJECTION MADE BY ALL DEFENDANTS**

Comes now Musse Ahmed Ali, by and through counsel of record, Paul J. Bruno, and hereby respectfully moves this Honorable Court to allow an objection made by any defendant to be considered an objection made by all defendants for purposes of making the record in this case. This practice will prevent counsel for one defendant from objecting and thereafter having fourteen additional attorneys noting their own objections. Of course, any defendant could "opt out" of an objection if they did not wish to object.

Respectfully Submitted,

s/ Paul J. Bruno
Paul J. Bruno, B.P.R. #17275
Attorney for Musse Ahmed Ali
218 Third Avenue, North
Suite 200
Nashville, Tennessee 37201
(615) 251-9500
bruno@brunolaw.net

*[Handwritten annotation: Denied. This motion is Granted. [signature] 3-23-12]*

1