UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-00260 |
| | ) | CHIEF JUDGE HAYNES |
| ABDIFITAH ADAN | ) | |

MOTION *IN LIMINE* # 3

Comes now the Defendant, Abdifitah Jama Adan, through undersigned counsel, and respectfully submits as his Motion *in Limine* #3 that the Government should be prevented from introducing evidence of his immigration status in the upcoming trial in this matter.

The Defendant asserts that the evidence contained in his "A-File" must be excluded from trial pursuant to Rule 401 of the Federal Rules of Evidence. (Exhibits 157 and 158) Mr. Adan strenuously objects to any effort by the Government to disclose his immigration status to his jury. The jury should not learn that that Mr. Adan is a "non-citizen" because it is a completely irrelevant fact that will result in significant prejudice toward Mr. Adan.

Therefore, the Defendant respectfully requests the Court issue an order prohibiting the introduction of the contents of his "A-File" and the fact that he is a "non-citizen."

Respectfully submitted,