UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket: 3:10-CR-00260 |
| IDRIS IBRAHIM FAHRA | Judge Haynes |

*[Handwritten annotation: ORDER — This motion is DENIED as moot for reasons stated in open Court. [signature] 3-22-12]*

DEFENDANT IDRIS FAHRA'S MOTION IN LIMINE
TO PROHIBIT THE USE OF THE DIMINUTIVE TERMS WHEN
REFERING TO WITNESSESS

Comes now Idris Fahra, by and through counsel, Jennifer Lynn Thompson, and would move this Honorable Court for an Order preventing any witness or attorney from referring to witnesses using diminutive terms such as "little girls" or "young children." The use of adjectives such as "little" and "young," or the use of nouns such as "child" or "girl" is prejudicial and inflammatory and has no probative value. The reason for using such a term would be to emotionally provoke the jury. The American Academy of Pediatrics sponsors an informational website HealthyChildren.org. This website categorizes "teens" as between the ages of 12 and 18. Therefore, Counsel