# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
    v.    )    **CASE NO. 3:10-cr-00260**
    )    **JUDGE HAYNES**
ABDULLAHI HASHI (11)    )

## DEFENDANT ABDULLAHI HASHI'S MOTION IN LIMINE NO. 1

Defendant Abdullahi Hashi (11), by and through the undersigned counsel, moves this

Court to limit the government from mentioning in its opening statement or case-in-chief that

Defendant Abdullahi Hashi was a gang member of either the "Somalia Outlaws" or the Somalia

Mafia." The <u>Introduction</u> of the Second Superseding Indictment states in part that: "[11]

ABDULLAHI HASHI a/k/a "KAMAL", was a member of the SOL/SM." (Docket Entry No.

591, p. 5).

Defendant objects to any attempt by the government to introduce testimony of alleged

gang membership into the trial without competent proof from a witness to support the

allegations, and requests exclusion of the evidence under Fed. R. Evid. 403. Defendant Hashi

submits that any probative value as to testimony about gang membership is substantially

outweighed by the danger of unfair prejudice. Defendant Hashi requests a jury out hearing

before introduction of testimony about gang membership so as to gauge the reliability and also

the relevancy of the evidence under F.R.E. 403. Finally, and in the event that the Court allows

testimony about gang membership, Defendant Hashi requests a limiting instruction.

For these reasons, Defendant Hashi request the Court exclude from the trial evidence

about membership in a gang, whether it be the Somalia Outlaws, Somalia Mafia, or some other

gang the government contends he holds membership.