# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES,** Plaintiff <br><br> vs <br><br> **DAHIR NOR IBRAHIM,** Defendant | Case No. 3:10-00260-15 <br><br> Hon. Haynes |

## MOTION IN LIMINE NO. 1
(Exclude Noreeldeen Abdulkarim as a witness)

*[Handwritten annotation: Denied. This motion to grant TBD to include testimony based upon hearsay and rumors. Sull [signature] 3-22-12]*

Defendant Dahir Nor Ibrahim moves the Court to exclude testimony of Noreeldeen Abdulkarim that is not based on personal knowledge.

Mr. Abdulkarim appears on the Government's revised witness list and Defendant Ibrahim (15) appears as one of the primary defendants against whom Mr. Abdulkarim will testify. (D.E. 1864, Witness No. 164).

At his grand jury appearance, Mr. Abdulkarim testified that he received a telephone call from a friend whose real name he does not know that told him that a female relative of his was at a Nashville area hotel (Super 8) with some guys and that he needed to go get her. When asked by AUSA Vincent what the girls were doing, Mr. Abdulkarim testified, "I guess prostituting." Mr. Abdulkarim was expecting to find Defendant Dahir Lucky there because "the girls, they was around them." He knew this because some guy called "Minnesota Jamal" told him Mr. Ibrahim would be there. When he got to the hotel and knocked on the door of the room, he found a guy called British, Hollywood, Mr. Ibrahim, and "three other guys" along with "three girls". Mr. Abdulkarim also told agents and the grand jury that "I heard rumors [that Dahir Ibrahim] was just using females for, you know what I'm saying, to take care of them and spend money on them and getting what he wanted at the time, that is what everybody was saying." By young girls, he meant "17, 16, 18." He heard these rumors from Olad Omar. Later in his testimony, Mr. Abdulkarim

1