IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 3:10-00260 JUDGE HAYNES |
| v. | ) ) | |
| ABDIFATAH BASHIR JAMA, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States's motion to dismiss Counts One, Two and Eleven as to Abdifatah Bashir Jama (Docket Entry No. 2116) that is **GRANTED** and Counts One, Two and Eleven against Defendant Abdifatah Bashir Jama are **DISMISSED**.

It is so **ORDERED**.

**ENTERED** this the 26th day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge