IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 3:10-CR-0260(30) |
| | ) | Judge Haynes |
| MOHAMMED AMALLE | ) | |

**MOTION TO JOIN DEFENDANT HERSI'S MOTION FOR STAY OF TRIAL PROCEEDINGS TO ALLOW DEFENSE COUNSEL AND ADEQUATE OPPORTUNITY TO PREPARE FOR THE CROSS-EXAMINATION OF JANE DOE 2**

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and respectfully moves this Honorable Court for leave to join Defendant Hersi's Motion for Stay of Trial Proceedings to Allow Defense Counsel an Adequate Opportunity to Prepare for the Cross-Examination of Jane Doe 2 (DE 2108).

Respectfully submitted this the 26th day of March, 2012.

*[handwritten notation: "The motion to join is GRANTED" with signature and date 3-26-12]*

/s/ R. Lance Miller
R. LANCE MILLER, BPR No. 25875
Attorney for Defendant
420 Madison Street, Suite B4
Clarksville, Tennessee 37040
Telephone: (931) 802-6180
Fax: (931) 802-6182
lance@lancemillerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been delivered by the Court's CM/ECF system to Van Vincent, AUSA, 110 9th Ave South, Suite A-961, Nashville, TN 37203 on this the 26th day of March 2012.

/s/ R. Lance Miller
R. Lance Miller