IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

DEFENDANT ABDULLAHI HASHI'S MOTION TO JOIN
RESPONSE IN OPPOSITION FILED BY DEFENDANT YUSUF (29)
AS TO JD2's MOTION TO BE ACCOMPANIED BY AN ADULT ATTENDANT

[Handwritten annotation: "Granted. The motion to join is granted. [signature] 3-28-12"]

Defendant Abdullahi Hashi (11), by and through the counsel, moves this Honorable Court for permission to join the response in opposition filed by co-defendant Yassin Yusuf (Docket Entry No. 2158) as to the motion under 18 U.S.C. § 3509 on behalf of JD2 requesting to be accompanied by an adult attendant, and other stipulations. (See, Docket Entry No. 2151).

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant
Abdullahi Hashi*

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion of Abdullahi Hashi to Join Response No. 2158 filed by co-defendant Yusuf** has been delivered by the Court's CM/ECF system to **Van S. Vincent, AUSA**, 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, and the other counsel of record, on this __28th__ day of March, 2012.

s/ DAVID L. COOPER
DAVID L. COOPER