IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

### DEFENDANT ABDULLAHI HASHI'S MOTION TO JOIN MOTION FILED BY DEFENDANT FATAH HASHI (12) TO DISCLOSE FAVORABLE INFORMATION AS TO JD1

Defendant Abdullahi Hashi (11), by and through the counsel, moves this Honorable Court for permission to join the motion filed by co-defendant Fatah Hashi (Docket Entry No. 2160) as to disclosure of any favorable information concerning the government's decision to dismiss counts in the indictment as to JD1 as a result of a hearing on March 21, 2012.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*
*Abdullahi Hashi*

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion of Abdullahi Hashi to Join Motion No. 2160** has been delivered by the Court's CM/ECF system to **Van S. Vincent, AUSA,** 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, and the other counsel of record, on this __28th__ day of March, 2012.

s/ DAVID L. COOPER
DAVID L. COOPER