IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | 3:10-CR-00260(7) |
| | § | CHIEF JUDGE HAYNES |
| HASSAN AHMED DAHIR (7) | § | |

**DEFENDANT HASSAN AHMED DAHIR'S MOTION TO JOIN RESPONSE IN OPPOSITION FILED BY DEFENDANT YUSUF (29) AS TO JD2'S MOTION TO BE ACCOMPANIED BY AN ADULT ATTENDANT**

Defendant Hassan Ahmed Dahir (7), by and through undersigned counsel, moves this Honorable Court for permission to join the response in opposition filed by co-defendant Yassin Yusuf (Docket Entry No. 2158) as to the motion under 18 U.S.C. §3509 on behalf of JD2 requesting to be accompanied by an adult attendant, and other stipulations. (See, Docket Entry No. 2151).

Respectfully submitted,

WEATHERLY, MCNALLY & DIXON, PLC

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
*Attorney for Hassan Ahmed Dahir (7)*
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com

*[Handwritten annotation: ORDER — The motion to join is GRANTED. William J. Haynes Jr. 3-29-12]*