UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | |

*[Handwritten annotation: Order. This motion to join is GRANTED. [signature] 3-29-12]*

## MOTION TO JOIN PREVIOUSLY FILED MOTIONS

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to allow him to join the following motions filed by various Co-Defendants:

1. Co-Defendant Fatah Haji Hashi's Motion to disclose favorable information concerning the Government's decision not to pursue counts involving JD1 and the sealed proceedings of March 21, 2012 (D.E. # 2160);

2. Co-Defendant Abdullahi Hashi's Motion for the Court to issue a second stay of the proceedings based on the Government's disclosure of discovery packet no. 17 (D.E. # 2177);

Respectfully submitted,

s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Floor
Nashville, Tennessee
(615)242-2675