UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-00260 |
| | ) | CHIEF JUDGE HAYNES |
| ABDIFITAH ADAN | ) | |

MOTION *IN LIMINE* # 1

Comes now the Defendant, Abdifitah Jama Adan, through undersigned counsel, and respectfully submits as his Motion *in Limine* #1 that Exhibit Numbers 157 to 167 must be excluded as evidence in the upcoming trial in this matter.

On February 6, 2012 this Court conducted an exhibit/evidence review in order to provide an opportunity for the Defendants to view the trial exhibits. On February 22, 2102, this Court severed Count 22 of the Second Superseding – Making a materially false statement in a matter within the jurisdiction of a Department or Agency of the United States – from other counts in the Second Superseding Indictment. (DCE 1587) Exhibit Numbers 157 to 167 became irrelevant following the severance of Count 22 of the Second Superseding Indictment.

Count 22 of the Second Superseding Indictment alleges the following:

On or about November 17, 2009, in the Middle District of Tennessee, [1] ABDIFITAH JAMA ADAN a/k/a "SHORTY" a/k/a "FALEEBO" a/k/a "KUZZO" , did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement in