IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 3:10-CR-0260(30) |
| | ) Judge Haynes |
| MOHAMMED AMALLE | ) |

**MOTION TO JOIN CO-DEFENDANT ABDULLAHI HASHI'S MOTION FOR THE COURT TO ISSUE A SECOND STAY OF THE PROCEEDINGS BASED ON THE GOVERNMENT'S DISCLOSURE OF DISCOVERY PACKET NO. 17**

Comes now the Defendant, Mohammed Amalle, by and through the undersigned counsel, and moves this Honorable Court for permission to join Co-Defendant Hashi's Motion for the Court to Issue a Second Stay of the Proceedings based on the Governments Disclosure of Discovery Packet No. 17 (Docket Entry 2177).

Respectfully submitted,

/s/ R. Lance Miller
R. LANCE MILLER, BPR No. 25875
Attorney for Defendant
420 Madison Street, Suite B4
Clarksville, Tennessee 37040
Telephone: (931) 802-6180
Fax: (931) 802-6182
lance@lancemillerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been delivered by the Court's CM/ECF system to Van Vincent, AUSA, 110 9th Ave South, Suite A-961, Nashville, TN 37203 on this the 29th day of March 2012.

/s/ R. Lance Miller
R. Lance Miller