UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-000260 |
| v. | ) |
| | ) JUDGE HAYNES |
| | ) |
| HADMI OSMAN #25 | ) |

## HAMDI OSMAN'S MOTION TO JOIN DEFENDANT FATAH HAJI HASHI'S MOTION FOR RELEASE OF BRADY MATERIALS

Defendant, Hamdi Osmana (#25), respectfully requests that this Honorable Court allow her to join Defendant Fatah Haji Hashi's Motion to Disclose Favorable Information Concerning the Government's Decision Not to Pursue Counts Involving JD1 and the Sealed Proceedings of March 21, 2012 (Docket Entry 2160) for the reasons stated in Defendant Hashi's Motion.

1