IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:10-00260-24 |
| | ) | JUDGE HAYNES |
| MOHAMED SHARIF OMAR, | ) | |

## DEFENDANT MOHAMED OMAR'S MOTION TO JOIN MOTION FILED BY DEFENDANT FATAH HASHI (12) TO DISCLOSE FAVORABLE INFORMATION AS TO JD1

Defendant Mohamed Omar (24), by and through the undersigned counsel, moves this Honorable Court for permission to join the motion filed by co-defendant Fatah Hashi (Docket Entry No. 2160) as to disclosure of any favorable information concerning the government's decision to dismiss counts in the indictment as to JD1 as a result of a hearing on March 21, 2012.

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert #18698
222 Fourth Ave., North, Suite 100
Nashville, TN 37219
Phone: (615) 255-9595
Counsel for Defendant

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Van Vincent, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 29th day of March, 2012

/s/ Erik R. Herbert
Erik R. Herbert