UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-260 (12) |
| | ) | JUDGE HAYNES |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |

*[handwritten annotation: Denied. The motion to join is GRANTED. [signature] WSM 3-30-12]*

## DEFENDANT FATAH HAJI HASHI'S (12) MOTION TO JOIN DEFENDANT ABDULLAHI HASHI's (11) MOTION FOR A SECOND STAY (DE 2177)

Comes now Fatah Haji Hashi, by and through court appointed counsel, and moves the

Court to join in Defendant Abdullahi Hashi's (11) Motion For The Court To Issue A Second

Stay Of The Proceedings Based On The Government's Disclosure Of Discovery Packet No. 17.

(DE 2177).

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, 10566
Attorney at Law
1308 Rosa L. Parks Boulevard
Nashville TN 37208
615 254-0202
jgoliva@comcast.net

CJA Attorney for Fatah Hashi

1