IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE TENNESSEE

UNITED STATES OF AMERICA,          )
                                   )
V.                                 )     NO. 3:10-00260(21)
                                   )     Judge Haynes
FUAD FAISAL NUR.                   )

## MOTION BY COUNSEL FOR FUAD FAISAL NUR TO DELAY THE START OF TRIAL PROCEEDINGS ON APRIL 12, 2012 UNTIL 1:00 PM

Comes now Counsel for the Defendant Fuad Faisal Nur and would move the

Court to delay the start of Court proceedings on Thursday, April 12, 2012 until 1:00 p.m.

As grounds for this request Counsel would show the following:

1.      Counsel is aware of the various delays that have caused this multiple

        week trial to begin later than expected and start slower than expected.

2.      Counsel has been advised that counsel's wife is required to have a

        surgical procedure in the early morning hours of Thursday, April 12, 2012,

        at a local hospital that is a few miles from the District Courthouse.  It will

        require the use of general anesthetic and should take approximately 2

        hours.  Counsel can make arrangements to have a family member drive

        his wife home and would expect her to be out of the recovery room by

        11:30 a.m.

3.      Although not emergency surgery, counsel can say with all candor that

        should he be in trial while she is in surgery counsel will be waiting for an

        email and/or text message to get information about the outcome of the

        surgery and her well being.   Concentration being key during trial, counsel

*[Handwritten note in right margin: "Russell would give the Defendant's ... this motion is DENIED as moot. [signature] 4-9-12"]*