UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:10-cr-260 (12)** |
| | ) | **JUDGE HAYNES** |
| | ) | |
| **FATAH HAJI HASHI (12)** | ) | |

ORDER
For the reasons stated in open court this motion is GRANTED.
4-9-12

**DEFENDANT FATAH HAJI HASHI's**
**MOTION TO EXCLUDE NEWLY DISCLOSED EXPERT TESTIMONY AND TEST RESULTS**

Comes Defendant Fatah Haji Hashi, through appointed counsel, and moves the Court to concerning expert testimony from Michael J. Spellman, M.D., and James Lewis, M.D. Discovery concerning these experts involve x-ray analysis to approximate the chronological age of JD2 was received late afternoon on April 8, 2012.

**Background**

On Easter Sunday, April 8, 2012, in late afternoon, undersigned counsel received several e-mails from Assistant U.S. Attorney Van Vincent advising of two ***new*** expert witnesses and reports related to an estimation of JD2's age. The expected expert testimony is based on a forensic analysis of x-rays of JD2's wrists and jaw.[1] There had been no previous disclosure or hint that Drs. Spellman and Lewis would be experts in this case.

Later on the afternoon of April 8, 2012, undersigned counsel received a phone call from Mr. Vincent concerning his e-mails. During the course of the conversation, Mr. Vincent offered to provide undersigned counsel a copy of a CD related to the anticipated expert testimony. At approximately 5:30 PM, Mr. Vincent arrived and delivered the CD and a paper copy of the report

[1] The reports reflect that the x-rays and analysis was conducted on April 7, 2012 and printed on April 7, 2012.