UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| YASSIN ABDIRAHMAN YUSUF (29), | ) |
| AHMAD ABNULNASIR AHMAD (3), | ) |
| MUSSE AHMED ALI (6), | ) No. 3:10-00260 |
| HASSIN AHMED DAHIR (7), | ) JUDGE HAYNES |
| FADUMO MOHAMED FARAH (8), | ) |
| IDRIS IBRAHIM FAHRA (9), | ) |
| ABDULLAHI HASHI (11), | ) |
| FATAH HAJI HASHI (12), | ) |
| ABDIRAHMAN ABDIRAZAK HERSI (13), | ) |
| DAHIR NOR IBRAHIM (15), | ) |
| ANDREW KAYACHITH (17), | ) |
| FUAD FAISAL NUR (21), | ) |
| LIBAN SHARIF OMAR (23), | ) |
| MOHAMED AHMED AMALLE (30) | ) |

## MOTION TO DISMISS ALL COUNTS REGARDING JD2

Comes now the Defendant Yassin Yusuf, through counsel, and with permission and on behalf of all of the above -named Defendants respectfully moves this Honorable Court to dismiss all counts regarding JD2 contained within the indictment. In support of this Motion counsel would show as follows:

1. As the Court is aware, the DNA results conclusively prove I.M.H. is the biological father of JD2. The implications of the results are far reaching;

2. The only people in this world, or at least on this continent, who know when JD2 was born are her mother (hereinafter referred to as S.B.) and father, I.M.H. Yet, her mother has repeatedly lied under oath as to her date of birth. On October, 21, 2009 S.B. testified under oath before