UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | ) |

## MOTION TO JOIN CO-DEFENDANT FATAH HAJI HASHI'S MOTION TO EXCLUDE NEWLY DISCLOSED EXPERT TESTIMONY AND TEST RESULTS

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to allow him to join Co-Defendant Fatah Haji Hashi's Motion to exclude newly disclosed expert testimony and test results (D.E. #2269). In addition, if such evidence is allowed, this trial cannot proceed as scheduled. Counsel can think of at least three types of expert witnesses that would need to be consulted. Funding, to the tune of thousands of dollars, will have to be obtained and approved to pay for such expert witnesses. Counsel would need approval for a full scale medical exam of JD2. This case does not need another delay. The Government has no good reason for this eleventh hour and fifty nine minutes last gasp surprise. Age has always been an issue in this case. Any expert medical proof should have been obtained months, if not years ago. This Hail Mary (on Easter no less) attempt to shore up its dismal proof on age should be denied.

s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Floor
Nashville, Tennessee
(615) 242-2675