UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10-CR-00260 |
| | ) | |
| v. | ) | |
| | ) | JUDGE HAYNES |
| ABDIFATAH ADAN | ) | |

*[Handwritten annotation: ORDER / This motion is GRANTED / [signature] / 4/7/12]*

## GOVERNMENT'S MOTION FOR TO SEAL DOCKET ENTRY

Comes now the United States of America, by its attorneys Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Blanche B. Cook, Assistant United States Attorney, and hereby request that this Honorable Court allow the United States to file Docket Entry 2319.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ **Blanche B. Cook**
BLANCHE COOK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151