UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:10-cr-00260 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| ABDIFITAH JAMA ADAN et al | ) | |

*[Handwritten notation: ORDER. This motion is granted. [signature] 4-18-12]*

## MOTION TO STRIKE

The United States of America, by and through Jerry E. Martin, United States Attorney and through Blanche Cook, Assistant United States Attorney for the Middle District of Tennessee, moves to strike Government's Motion to Seal, (Docket Entry 2320). The United States therefore respectfully requests that this Honorable Court strike Docket Entry 2320.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

/s/Blanche Cook
BLANCHE COOK
Assistant United States Attorney
110 Ninth Avenue South, Suite A-96
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

1