# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | )  No. 3:10-CR-00260 |
| | )  JUDGE HAYNES |
| YASSIN ABDIRAHMAN YUSUF | ) |
| | ) |

*[handwritten annotation: ORDER — This motion is GRANTED ... 4-18-12]*

## MOTION TO REDACT AND UNSEAL DOCUMENT(D.E. # 2265)

Comes now Yassin Yusuf , by and through appointed counsel of record, David I.

Komisar and hereby respectfully moves this Honorable Court to redact the names of the

tested parties in seal document (D.E. #2265) and then unseal the document so that

counsel can reference the document in the slew of motions that counsel must now file as

a result of the sealed document.

Respectfully Submitted,

/S/ David I. Komisar
David I. Komisar, BPR #9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Fl.
Nashville, TN 37201
(615)242-2675
david.komisar@prodigy.net

### Certificate of Service

I hereby certify that on the 6th day of March 2012, a true and correct copy of the
foregoing Motion For Leave To File Pleading Under Seal was sent via the CM/ECF
system to Assistant U. S. Attorneys Van Vincent and Blanche Cook.

/S/ David I. Komisar
David I. Komisar