IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00260 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| MUSSE AHMED ALI | ) | |

## MOTION TO EXCLUDE PORTIONS OF TELEPHONE CALLS AND THE RELATED TRANSCRIPTS

Comes now Musse Ahmed Ali, by and through counsel of record, Paul J. Bruno, and hereby respectfully moves this Honorable Court to exclude portions of the telephone calls and the related transcripts that the government may attempt to introduce at the trial of this matter. Counsel for Mr. Ali has made a good faith attempt to reach a compromise regarding the relevancy and admissibility related to portions of the telephone calls. The government has not agreed to any redactions regarding the transcripts. As such, this motion must be filed.

The relevant transcripts are labeled government exhibit numbers 238, 258, 262, 264, and 274 and have been attached to this motion for the Court's convenience. Mr. Ali has the following objections:

<u>Exhibit 238</u>: Mr. Ali objects to the phrase, "ask Fat Boy, I was with him, I was with him" found on page 8, lines 8-9. This phrase infers that Mr. Ali had a separate pending case in Rutherford County and, therefore, should be excluded pursuant to Federal Rules of Evidence 403 and 404.

[Handwritten annotation in right margin:]
ORDER
This motion is DENIED as withdrawn. The related motion (D/E 23 46) is stated in open court. DENIED as moot.
[signature]
4-18-12

1