UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

AHMAD A. AHMAD (003)

    DEFENDANT.

Case No. 3:10-00260-003
JUDGE HAYNES

*ORDER* — *This motion is GRANTED for the reasons stated in open court.* [handwritten] /s/ [Judge signature] 4-16-12

## MOTION FOR HEARING PRIOR TO TESTIMONY OF CERTAIN WITNESESS AND EXCLUSION OF TESTIMONY

Comes now the Defendant, Ahmad A. Ahmad, by and through his appointed counsel, and respectfully moves this Honorable Court for a jury out hearing prior to the testimony of Farhan Daud, Dahir Daud, and Khalid Noor. This motion is made in accordance with Federal Rules of Evidence, 401, 402, and 403. In support of said motion, Mr. Ahmad states as follows:

1. According to the Government's most recently provided witness list, the Government intends to call Farhan Daud, Dahir Daud, and Khalid Noor as the sixteenth, seventeenth, and eighteenth witnesses in the trial.

2. The Court should exclude theses witnesses from testifying because their testimony is not relevant to the issue on trial pursuant to F.R.E. 401 and 402. Moreover, even if their testimony is minimally relevant, that relevance is substantially outweighed by the potential for confusion of issues and prejudice to

1