UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | |

## MOTION TO REDACT DEFENDANT YUSUF EXHIBIT # 17

Comes now the Defendant Yassin Yusuf, through counsel, and respectfully moves this Honorable Court to redact the portion of Defendant Yusuf's exhibit #17 (JD2's Tennessee Victim's Compensation Claim) that contains a copy of the indictment in this cause and media and newspapers reports of the alleged crime. In support of this motion the Defendant Yusuf would show as follows:

1. Counsel for Defendant Yusuf mistakenly did not redact the copy of the indictment and the news media accounts from JD2's Tennessee Victim's Compensation Claim. It would be improper for the jury to have for its review a different indictment than that the Court will allow the jury to consider. It would also be improper for the jury to have media reports for its review. The jury has not been shown the requested portions to be redacted. Counsel apologizes for his mistake.

                                                                         s/ David I. Komisar
                                                                         David I. Komisar, BPR#9207
                                                                          Attorney for Yassin Yusuf
                                                                          211 Printers Alley Building, 4th Floor
                                                                          Nashville, Tennessee
                                                                          (615) 242-2675