UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES,<br>Plaintiff<br><br>VS<br><br>DAHIR NOR IBRAHIM,<br>Defendant | Case No. 3:10-00260-15<br><br>Hon. Haynes |

*[handwritten annotations on right side: illegible]*

## MOTION TO STRIKE TESTIMONY OF MUNA ABDIGADIR MOHAMED

Defendant moves to strike the testimony of the government's witness, Muna Abdigadir Mohamed, for lack of foundation as to personal knowledge and for improper reading of her grand jury transcript at government's invitation.

Witnesses must testify from personal knowledge (FRE 602) and may not use a prior statement as a reading tool without the prerequisite foundation of lack of memory and that the reading would refresh that memory under FRE 612.

A memorandum in support is filed contemporaneously with this motion.

Respectfully submitted,

/s/ Jerry Gonzalez
Jerry Gonzalez (18379)
Attorney for Defendant (15)
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060
jgonzalez@jglaw.net

1