UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE No. 3:10-cr-00260<br>Judge Haynes |
| ABDIFATAH BASHIR JAMA | |

**MOTION TO ALLOW DEFENDANT TO BE ABSENT FROM TRIAL PROCEEDINGS**

The defendant respectfully asks the court through counsel to allow him to be absent from further trial proceedings in this matter until further order of the court. In the trial that is currently underway, all counts against this defendant were dismissed on motion of the government.

*[Handwritten annotation: Granted. This motion was granted. /s/ [signature] 4-25-12]*

Respectfully submitted,

/s/ Joseph F. Edwards

Joseph F. Edwards
Attorney at Law
1957 Benson Road
Cookeville, TN 38506
jedwardsjd@frontiernet.net

**Certificate of Service:** I certify that a copy of this document will be electronically served upon all counsel of record by the electronic case filing system when this case is filed today, April 3, 2012.

/s/ Joseph F. Edwards