IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No.: 3:10-00260 |
| ) | Judge Haynes |
| MOHAMMED AMALLE (30) | |

MOTION FOR LEAVE TO FILE UNDER SEAL

*[Handwritten: Thus motion is GRANTED. William [signature] 5-2-12]*

COMES NOW the Defendant, Mohammed Amalle, by and through undersigned counsel, and moves for the Court's leave to file a Motion under Seal.

Respectfully submitted this the 1st day of May, 2012.

        //Signed//
        R. LANCE MILLER, BPR No. 25875
        Attorney for Defendant
        420 Madison Street, Suite B4
        Clarksville, Tennessee 37040
        (931) 802-6180

Certificate of Service

I, hereby certify that a true and exact copy of the foregoing was sent electronically to Van Vincent, Assistant United States Attorney, located at Suite A-961, 110 9th Avenue South, Nashville, TN 37203 on this the 1st day of May, 2012.

        //Signed//
        R. LANCE MILLER