IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant Bashir Yasin Mohamud's renewed motion to be released from detention (Docket Entry Nos. 2435 and 2437) are **GRANTED**. This Defendant shall be taken before a Magistrate Judge to set appropriate conditions of pretrial release, but those conditions shall not include the Defendant's proposed third party custodian.

It is so **ORDERED**.

Entered this the 8th day of June 2012.

William J. Haynes, Jr.
United States District Judge