IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-10-00260 |
| v. ) | |
| ) | |
| MUSTAFA AHMED MOHAMED; and ) | |
| HAMDI ALI OSMAN ) | |

O R D E R

In accord with the orders entered June 15, 2012 (Docket Entry Nos. 2575 and 2576), a hearing to establish conditions of release is scheduled on **Wednesday, June 27, 2012, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

It does not appear that defendant Mohamed filed a motion to place his motion for pretrial release (Docket Entry No. 2521) under seal, so it is not clear why the motion is under seal. The Court assumes that it is sealed because of citations to Grand Jury testimony. The parties shall be prepared to address on June 27, 2012, whether the motion and attachments can be unsealed or, if not, if only portions of the motion and attachments need to remain sealed and/or whether they can be redacted.

The Marshal shall produce defendants Mustafa Ahmed Mohamed and Hamdi Ali Osman for the hearing on June 27, 2012.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge