UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:10-00260
)
[22] ABDIFATAH OMAR )
) Judge Haynes
)

<u>UNITED STATES' MOTION TO CONTINUE DETENTION HEARING DATE</u>

Comes now the United States, by and through the undersigned, and requests the court continue the detention hearing date for Abdifatah Omar. The current hearing date is June 22, 2012. Both counsel for the United States, Van Vincent and Blanche Cook, are scheduled to be in South Carolina for training/CLE Wednesday, June 20 through Friday June 22, 2012.

The undersigned has not had an opportunity to speak with Peter Strainse, counsel for defendant Omar regarding the request for the continuance.

If convenient with the Court, the United States requests the sentencing date be set for June 29, 2012, or any alternative date convenient with the court.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ *Van S. Vincent*
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151