IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-00260-22 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| ABDIFITAH JAMA ADAN, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated at the detention hearing, Defendant Abdifatah Sharif Omar's motion to reconsider detention order (Docket Entry No. 2571) is **GRANTED**. The Court directs the United States Marshal Service to release Defendant Abdifatah Sharif Omar from custody and for Defendant to be taken before the Magistrate Judge to determine conditions of release.

It is so **ORDERED**.

ENTERED this the 31st day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge