IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-10-00260 |
| v. | ) | |
| | ) | |
| HAJI OSMAN SALAD | ) | |

O R D E R

A hearing on the defendant's motion for relief from detention order (Docket Entry No. 2656) is scheduled on **Friday, August 10, 2012, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

On January 20, 2011, as reflected in the order entered January 25, 2011 (Docket Entry No. 430), the defendant waived his right to a hearing on the government's motion for detention, but he specifically reserved his right to have a hearing upon his motion at any point in the future.

To the extent that the government seeks a ruling that the defendant is not entitled to pretrial release without allowing the defendant an opportunity to have a hearing, the Court rejects any such contention.[1]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The government's response (Docket Entry No. 2663) may have been in response to the fact that the defendant's motion was captioned "Motion for Relief from Detention Order" rather than a motion for a hearing.