IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
) No. 3-10-00260
v. )
)
HAJI OSMAN SALAD )

O R D E R

The defendant's motion to continue detention hearing (Docket Entry No. 2678) is GRANTED.

The hearing on the defendant's motion for relief from detention order (Docket Entry No. 2656), scheduled by order entered August 6, 2012 (Docket Entry No. 2672), on August 10, 2012, is RESCHEDULED to **Friday, August 24, 2012, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

If the rescheduled date does not provide defense counsel with sufficient time or if counsel for the parties have conflicts with that date, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge