ORDER:
Motion granted. A Detention Hearing is set for October 9, 2012, at 10:00 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,

        PLAINTIFF,        Docket No. 3:10-00260-23

v.        Judge Haynes
        HEARING REQUESTED

LIBAN SHARIF OMAR,

        DEFENDANT.

**DEFENDANT LIBAN SHARIF OMAR'S MOTION FOR DETENTION HEARING**

COMES NOW Defendant Liban Sharif Omar, by and through undersigned counsel, to move this Honorable Court to conduct an initial detention hearing in this matter pursuant to 18 U.S.C. § 3142(f).

The posture of this case is as follows. Mr. Omar was arrested on this case on December 10, 2010. On that date he was given his initial appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure and was arraigned on the original indictment. Docket Entry 348. The government moved for a detention hearing, which was then set for December 15, 2010. The detention hearing was continued several times, but was held on January 11, 2011. Docket Entry 408. Mr. Omar waived a detention hearing in open court but reserved his right to challenge detention in the future. Docket Entry 408. Mr. Omar was ordered detained on January 11, 2011. Docket Entries 408 and 409. From December 10, 2010, to the present Mr. Omar has remained in custody awaiting trial.

1