UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-260 (12) |
| | ) | JUDGE HAYNES |
| | ) | |
| FATAH HAJI HASHI (12) | ) | |

### DEFENDANT FATAH HAJI HASHI'S MOTION TO BE EXCUSED FROM DEPOSITION OF ABDULLAHI FARAH A/K/A GRAY GOOSE

Comes Defendant Fatah Haji Hashi (12), through counsel John G. Oliva, and moves this Court to excuse Mr. Hashi's presence at the deposition of Abdullahi Farah a/k/a Gray Goose scheduled for Wednesday, September 12, 2012, beginning at 1:00 p.m. (DE 2723).

In support of this motion, counsel submits that counsel will be present at the deposition and will protect the rights of the Defendant Hashi. Fatah Haji Hashi is on pre-trial release (DE 2482) and resides in Minneapolis, Minnesota. Mr. Hashi has been advised of his right to be present during the deposition but asks the Court to be excused from attending the deposition. Because it is anticipated that deponent Abdullahi Farah will refuse to testify, requiring Defendant Hashi to be present will create an undue hardship and he would incur unnecessary expenses under these circumstances.

For the foregoing reasons, it is respectfully requested that the presence of Defendant Fatah Haji Hashi be excused. Undersigned counsel will be present and represent the Defendant at the deposition.