UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-000260 |
| v. | ) |
| | ) JUDGE HAYNES |
| | ) |
| HADMI OSMAN #25 | ) |

### HAMDI OSMAN'S (#25) MOTION TO WAIVE APPEARANCE AT DEPOSITION OF ABDULLAH FARAH A/K/A/ GRAY GOOSE

Defendant, Hamdi Osman (#25), respectfully requests that this Honorable Court excuse Ms. Osman's presence at the deposition of Abdullah Farah a/k/a Gray Goose, scheduled for Wednesday, September 12, 2012. In support of this Motion, counsel and Ms. Osman state as follows:

1. Ms. Osman is on pre-trial release and resides in Minneapolis, Minnesota, with her family. Ms. Osman is indigent and travel to Nashville, Tennessee, for this deposition would be very expensive.

1