UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00260 |
| v. | ) | |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| ABDOFATAJ JAMA ADAN, et al. | ) | |

MOTION TO TERMINATE REBECCA BRINKLEY AND
CLAIRE GOODMAN SAWYER AS COUNSEL OF RECORD

COME NOW JANE DOE 2, S.B., AND I.M.H. ("Movants"), and respectfully submit this Motion to Terminate Rebecca Brinkley and Claire Goodman Sawyer as counsel of record in the above-styled case.

Ms. Brinkley and Ms. Sawyer were associates with Waller Lansden Dortch & Davis ("Waller") at the time they entered notices of appearance in this case. Ms. Brinkley and Ms. Sawyer have now left Waller. Ms. Brinkley has accepted the position of Dean of Admissions at the University of Alabama School of Law and thus is no longer in private practice. Ms. Sawyer is not currently employed in a position that allows her to commit ongoing resources to this representation. Movants continue to be represented by undersigned counsel.

Based on the foregoing, Movants respectfully move the Court to terminate Ms. Brinkley and Ms. Sawyer as counsel of record in this case.

This 7th day of September, 2012.