# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFITAH JAMA ADAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

This Court previously granted the motions to excuse presence at the deposition of Abdullahi Farah (Docket Entry Nos. 2727, 2729, 2733, 2738, 2743 and 2744) filed by Defendants [2] Abdullahi Sade Afyare, [4] Yahya Jamal Ahmed, [19] Bashir Yasin Mohamud, [10] Yasin Ahmed Farah, [12] Fatah Haji Hashi, and [25] Hamdi Ali Osman. See Orders (Docket Entry Nos. 2732, 2739, 2740, 2754, 2755 and 2756). In U.S. v. Farah, 3:12-cr-00085, Judge Campbell excused these same Defendants from attending Farah's deposition. (No. 3:12-cr-00085, Docket Entry No. 57).

Before the Court are the motions to excuse presence at the deposition of Abdullahi Farah (Docket Entry Nos. 2753, 2765, 2768 and 2769) filed by Defendants Liban Sharif Omar [23], Dahir Nor Ibrahim [15], Abdifatah Sharif Omar [22], and Bibi Said [27]. These motions are **DENIED**. Defendants must refile these motions in U.S. v. Farah, 3:12-cr-00085 for Judge Campbell's consideration. Similarly, this Court's Order (Docket Entry No. 2762) is **VACATED**, and Defendant Musse Ahmed Ali must refile his motion to excuse presence at the deposition of Abdullahi Farah in U.S. v. Farah, 3:12-cr-00085 for Judge Campbell's consideration.

It is so **ORDERED**.

**ENTERED** this the 18th day of September, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge