UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00085 |
| | ) | JUDGE CAMPBELL |
| ABDULLAHI FARAH | ) | |

## ORDER

Pending before the Court is a Motion of Abdifatah Sharif Omar to be Excused From Appearing at the Deposition of Abdullahi Farah a/k/a Gray Goose (Docket No. 62). The Motion is GRANTED.

This Order shall also be filed in U.S. v. Adan, Case No. 3:10-00260.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE