UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                      )
v.                        )       NO. 3:12-00085
                      )       JUDGE CAMPBELL
ABDULLAHI FARAH        )

ORDER

Pending before the Court is a Motion to be Excused from Deposition of Gray Goose

(Docket No. 65). The Motion is GRANTED.

This Order shall also be filed in U.S. v. Adan, Case No. 3:10-00260.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE