ORDER:
Hearing on this motion is set for September 25, 2012, at 1:30 p.m.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00260-14 |
| | ) | Judge Haynes |
| MUHIYADIN HASSAN | ) | Hearing Requested. |
| | ) | |

## MOTION TO REOPEN DETENTION HEARING AND AMEND DETENTION ORDER TO ORDER THE SUPERVISED RELEASE OF MUHIYADIN HASSAN AND MEMORANDUM OF LAW

The Defendant, Muhiyadin Hassan, by and through counsel, hereby moves the District Court to review and amend the Magistrate Judge's Detention Order pursuant to 18 U.S.C. § 3142(f)(2)(B) and 18 U.S.C. § 1345(b). Mr. Hassan contends that there is new information and circumstances that have a material bearing on the finding that "there is no condition or combination of conditions that could reasonably assure Mr. Hassan's appearance at further proceedings if he were released." (Detention Order Pending Trial as to Muhiyadin Hassan, DE 240; See 18 U.S.C. § 3142(f)(2)(B); *U.S. v. Sandles*, 9 Fed Appx. 377, 379 (6th Cir. 2001). Mr. Hassan seeks an amendment of his detention order allowing him to be released with reasonable conditions. Mr. Hassan also seeks a de novo review hearing on this motion before the District Court Judge. In support of this Motion, Mr. Hassan would state as follows:

### PROCEDURAL BACKGROUND

Muhiyadin Hassan was indicted on October 20, 2010 and arrested on November 8, 2010. A second superceding indictment was filed on May 4, 2011.

1