UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:10-00260 |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| | ) | |
| ABDIGADIR AHMED KHALIF | ) | |

**ORDER:** Motion granted. The arraignment is reset for Sept. 19, 2012, at 1:30 pm.

*E. Clifton Knowles*
U.S. Magistrate Judge

MOTION FOR ONE-DAY CONTINUANCE OF ARRAIGNMENT

Comes the defendant, Abdigadir Khalif, and requests this Court to continue his arraignment for one day, to September 19, 2012. Counsel anticipates receiving an arraignment waiver from defendant, and will waive the arraignment in this matter.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2012, I electronically filed the foregoing Motion to Continue Arraignment with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Van S. Vincent, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ