UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00260 |
| | ) | |
| | ) | JUDGE HAYNES |
| [17 ANDREW KAYACHITH | ) | |

**MOTION TO FILE A SUR-REPLY**

Comes now, Assistant United States Attorney Blanche Cook and moves this Honorable Court to file a sur-reply to Andrew Kayachith's (17) Reply to Government's Response to First Motion for New Trial, filed September 7, 2012. (DE 2761). In his reply, Defendant has recycled many of the same arguments that the parties and this Honorable Court have vetted during the course of the trial as well as previously filed motions. However, the Government moves the Court to file a sur-reply in the interest of being thorough. Should the Court grant the Government's motion, the Government requests that its sur-reply be due on September 14, 2012.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/Blanche Cook
Blanche B. Cook
Assistant United States Attorney
110 Ninth Avenue S., Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151