IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.                                            3:10CR260

ABDIFATAH JAMA ADAN et. al

---

MOTION TO ADOPT THE MOTION TO DISMISS OF CO-DEFENDANT
BASHIR YASIN MOHAMAD (19)

---

Comes now Clayton Whittaker, Attorney at Law and moves the Court to adopt the Motion to Dismiss (2720) of his Co-defendant Bashir Yasin Mohamad and would state as follows:

1. The indictment fails to state a violation of the law as argued by his Co-defendant;

2. The Defendant (20) is incarcerated while his similarly situated Co-defendant (19) is on pre-trial release;

3. There are potentially issues regarding the Speedy Trial Act. The Defendant is of the opinion that should he be released, the speedy trial act issues could be avoided;

4. The Defendant has several motions regarding his bond conditions still before the court.

> Respectfully Submitted,
> MACK AND WHITTAKER,
> ATTORNEYS AT LAW
> BY: ___/s/ *Clayton M. Whittaker*___
> Clayton M. Whittaker, BPR # 13461
> Attorney for Defendant
> 846 Oak Street
> Chattanooga, TN 37403
> (423) 265-4736 (423) 265-4815 Fax