UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:10-000260 |
| | ) |
| | ) CHIEF JUDGE HAYNES |
| [14] MUHIYADIN HUSSEIN HASSAN | ) |
| a/k/a "CD" | ) |

*[Handwritten annotation: Granted. Upon further review of the record, this motion is denied. /s/ [signature] 10-9-12]*

UNITED STATES' MOTION FOR COURT TO VACATE ORDER AT DOCKET ENTRY 2876 IN WHICH THE COURT ENTERED AN ORDER DENYING MOTION BY DEFENDANT HASSAN TO MODIFY CONDITIONS OF RELEASE BASED ON MOTION BEING MOOT AS BEING WITHDRAWN BY DEFENDANT HASSAN

Comes now the United States, by and through the undersigned, and requests the court vacate its Order at docket entry 2876. In that Order the Court denied defendant Hassan's Motion To Modify His Conditions of Release as moot on the basis that his motion has been withdrawn. The United States submits the defendant did not withdraw the motion and the motion is set for a hearing on October 10, 2012, at 10:30 a.m. before Magistrate Judge Bryant. See D.E. 2872 Order setting Hearing.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

/s/ Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151