IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-00260-4 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| YAHYA JAMAL AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

**O R E D R**

Before the Court is Defendant Yahya Jamal Ahmed's motion to dismiss Count 15 of the second superseding indictment (Docket Entry No. 2489) that is unopposed (Docket Entry No. 2499) and is **GRANTED**.

Accordingly, it is **ORDERED** that Count 15 of the second superseding indictment against Defendant Yahya Jamal Ahmed is **DISMISSED**.

It is so **ORDERED**.

ENTERED this the ___ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge