ORDER:
Motion granted.
Hearing is RESCHEDULED
to October 30, 2012,
at 1:30 p.m.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00260-14 |
| | ) | Judge Haynes |
| MUHIYADIN HUSSEIN HASSAN | ) | |

## MOTION TO CONTINUE HEARING

The Defendant, Muhiyadin Hassan, moves this Honorable Court for a continuance of the detention hearing scheduled on Friday, October 26, 2012. In support of this Motion, Defendant would state that the court date is scheduled for the Islamic religious holiday, Eid Erafa and Mr. Hassan and his witness will be scheduled to worship on that holiday.

The undersigned attorney has spoken with Assistant United States Attorney, Van Vincent and he represents that he does not oppose a short continuance of the matter. The parties are available on Tuesday, October 30, 2012.

Respectfully submitted this 23rd day of October, 2012.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com