UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-000260 |
| ) | |
| ) | CHIEF JUDGE HAYNES |
| [9] IDRIS IBRAHIM FAHRA ) | |
| a/k/a "CHI TOWN" ) | |

*The motion is granted.*

UNITED STATES' MOTION TO EXTEND TIME IN WHICH TO RESPOND TO DEFENDANT IDRIS IBRAHIM FAHRA'S MOTION OF JUDGMENT OF ACQUITTAL AS TO COUNT TWELVE OF THE SECOND SUPERSEDING INDICTMENT (DE 2890)

10-29-12

Comes now the United States, by and through the undersigned, and requests an extension of time in which to respond to defendant Fahra's Motion For Judgment of Acquittal, D.E. 2890. Defendant's motion was filed October 16, 2012. Counsel for the United States has been out of the office and on combined personal and business matters 5 of the last 10 days and was engaged in court hearings an additional 3 days. As a result the undersigned requests an extension to respond to defendant's motion to and including Friday, November 2, 2012.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

/s/ Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151