IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| ABDIFATAH JAMA ADAN et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, motions filed by Defendants (Docket Entry Nos. 2280, 2296, 2392, 2502, 2507 and 2617) are **GRANTED in part** based upon the Government's proof of multiple conspiracies, the Government's violations of the Court's discovery Order and the newly discovered evidence on Jane Doe Two's birth date.

Defendants Idris Ibrahim Fahra's, Andrew Kayachith's and Yassin Abdirahman Yusuf's oral motions for acquittal at the close of the Government's proof and renewed at the conclusion of all proof that the Court reserved under Fed. R. Crim. P. 29(b) and Defendant Yusuf's renewed motion for judgment of acquittal (Docket Entry No. 2507) are **GRANTED in part** based upon the Government's proof of multiple conspiracies. Defendants Yusuf's motions to dismiss (Docket Entry Nos. 2280 and 2296), motion for a new trial (Docket Entry No. 2502) and oral motion and Defendant Kayachith's first motion for a new trial (Docket Entry No. 2617) that Defendant Yusuf joined. (Docket Entry No. 2618) are **GRANTED in part** based upon the Government's violations of the Court's discovery Order and the newly discovered evidence on

Jane Doe Two's birth date and a new trial for Defendants Fahra, Kayachith and Yusuf is **GRANTED**.

The oral motions and written motions filed by Defendants (Docket Entry Nos. 2280, 2296, 2392, 2502, 2507 and 2617) are otherwise **DENIED** as to Defendants' remaining contentions.

It is so **ORDERED**.

ENTERED this the 19th of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court