IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.   3:10CR260

ABDIFATAH JAMA ADAN et. al

MOTION FOR STATUS CONFERENCE

*[Handwritten annotation: Motion is GRANTED. A status conference for all defendants is set for January 4, 2013 at 9:30 am. /s/ [Judge] 12-19-12]*

Comes now Clayton Whittaker, Attorney at Law and moves the court for a status conference and would state as follows:

1. The Defendant has requested new counsel. This matter is pending before the court along with other motions regarding detention and release and speedy trial.

Respectfully Submitted,
MACK AND WHITTAKER,
ATTORNEYS AT LAW
BY:   /s/ *Clayton M. Whittaker*
Clayton M. Whittaker, BPR # 13461
Attorney for Defendant
846 Oak Street
Chattanooga, TN 37403
(423) 265-4736
(423) 265-4815 Fax