ORDER:
motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-00260 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| | ) | |
| [4] YAHYA JAMAL AHMED | ) | |

### UNITED STATES' MOTION TO CONTINUE HEARING DATE SET BY ORDER AT DOCKET NO. 2950 FROM JANUARY 3, 2013 TO JANUARY 17, 2013

Comes now the United States, by and through the undersigned, and requests the court reset the hearing on the Petition for Action on Conditions of Pretrial Release (See Docket Entry 2945) from January 3, 2013, at 1:30 p.m. to January 17, 2013, at 1:30 p.m. The United States probation officer who supervises the defendant will be unavailable for court from January 1, 2013 through January 13, 2012. The undersigned has spoken with James Price, counsel for defendant #4 Ahmed, and he has no objection to the hearing being moved to January 17, 2013, at 1:30 p.m.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

/s/ Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151