UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:10-000260 |
| v. | ) |
| | ) JUDGE HAYNES |
| HADMI OSMAN #25 | ) |

## HAMDI OSMAN'S MOTION TO BE EXCUSED FROM STATUS CONFERENCE

Defendant, Hamdi Osman (#25), respectfully requests that this Honorable Court excuse her from the Status Conference currently scheduled for February 1, 2013. In support of this Motion, Ms. Osman states that she lives in Minnesota and travel to Tennessee for the Status Conference would be expensive. Undersigned counsel will be present at the Status Conference to represent Ms. Osman.

Respectfully Submitted:

/s Deanna Bell Johnson
Deanna Bell Johnson
Post Office Box 2494
Brentwood, Tennessee 37027
615-403-6622
Attorney for Osman

[Handwritten notation: Osman, This motion is GRANTED. [signature] 1-28-13]

1