UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 3:10-00260 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| [2] ABDULLAHI SADE AFYARE ) | |
| a/k/a "FOREHEAD" ) | |
| ) | |
| [4] YAHYA JAMAL AHMED ) | |
| ) | |
| [6] MUSSE AHMED ALI a/k/a "FAT BOY" ) | |
| ) | |
| [8] FADUMA MOHAMED FARAH ) | |
| a/k/a "BARNIE" ) | |
| ) | |
| [10] YASIN AHMED FARAH ) | |
| ) | |
| [12] FATAH HAJI HASHI ) | |
| a/k/a "JERRY" a/k/a "JR" ) | |
| ) | |
| [14] MUHIYADIN HUSSEIN HASSAN ) | |
| a/k/a "CD" ) | |
| ) | |
| [15] DAHIR NOR IBRAHIM ) | |
| a/k/a "DAHIR LUCKY" ) | |
| ) | |
| [16] ABDIFATAH BASHIR JAMA ) | |
| ) | |
| [17] ANDREW KAYACHITH ) | |
| a/k/a "AK" ) | |
| ) | |
| [18] ABDIGADIR AHMED KHALIF ) | |
| a/k/a "AWALI" ) | |
| ) | |
| [19] BASHIR YASIN MOHAMUD ) | |
| a/k/a "BR" ) | |
| ) | |
| [20] MUSTAFA AHMED MOHAMED ) | |
| ) | |
| [22] ABDIFATAH SHARIF OMAR ) | |
| a/k/a "BRITISH" ) | |
| a/k/a "PINKY" ) | |
| ) | |

*[Handwritten note:] This request is DENIED as lacking any rationale or consideration of The Court's earlier ruling. [signature] 4-2-13*

| | |
|---|---|
| [23]  LIBAN SHARIF OMAR<br>        a/k/a   "SUNDERRA" | )<br>)<br>) |
| [24]  MOHAMED SHARIF OMAR<br>        a/k/a "MOJO" | )<br>)<br>) |
| [25]  HAMDI ALI OSMAN<br>        a/k/a "BIG HAMDI"<br>        a/k/a "BOSS LADY" | )<br>)<br>)<br>) |
| [26]  HAJI OSMAN SALAD<br>        a/k/a "HOLLYWOOD" | )<br>) |

## UNITED STATES' NOTICE OF SUGGESTION
## OF ORDER OF REMAINING TRIALS

Comes now, the United States, by and through the undersigned, and respectfully requests the Court consider setting for trial defendants [2], [4], [6], [12], [14], [16], [17], [18], [22], [23], [24], and [26] on Counts Sixteen, Seventeen, Eighteen, Nineteen, Twenty as set forth in the Third Superseding Indictment.

Next the trial of defendant [8] as to Count Twenty-Three of the Third Superseding Indictment.

Next the trial of defendant [15] as to Count Twenty-Four of the Third Superseding Indictment.

Next the trial of defendants [2], [10], [14], [22], [23], [24], [25], and [26] as to Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Thirteen, Fourteen, Fifteen of the Third Superseding Indictment.

Finally the trial of defendants [19] and [20] on Counts One and Two of the Third Superseding Indictment.

-2-

Case 3:10-cr-00260   Document 3042   Filed 01/31/13   Page 2 of 7 PageID #: 20474