IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ] | | |
| | ] | | |
| v. | ] | No. | 3:10-cr-260 (12) |
| | ] | | CHIEF JUDGE HAYNES |
| FATAH HAJI HASHI | ] | | |

*[handwritten annotations in right margin: "Quash The motion to Grant 11 fully VRDHT 7-5-13"]*

MOTION TO CONTINUE SENTENCING HEARING

Comes Fatah Haji Hashi, through counsel, and moves the Court to continue the sentencing hearing in the above styled matter. This is the first setting of the sentencing hearing that is currently set for July 26, 2013. (DE 3108).

1. On April 16, 2013, Chief Judge Haynes set Mr. Hashi's Sentencing Hearing for hearing for July 26, 2013 (DE 3108, Order setting sentencing hearing).

2. Mr. Hashi was released on conditions on June 14, 2013. (DE 3110, Minute Entry).

3. A review of this year's Islamic calendar reflects that Mr. Hashi's sentencing hearing is scheduled in the midst of Ramadan (approximately July 9 to August 7). See, e.g. http://islam.about.com/od/calendar/f/2013ramadan.htm last visited July 3, 2013.

4. At the time the sentencing hearing was set, counsel did not realize that the hearing would fall during this month-long Islamic observance. Mr. Hashi had hoped to celebrate Ramadan with his family in Minneapolis, Minnesota. (The last two years he's been in custody during Ramadan.)

5. On July 3, 2013, counsel was advised that the government is not opposed to resetting the sentencing hearing for August 9 or August 16, 2013, if either of those dates are convenient for the Court.