UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

v.　　　　　　　　　　　　　　　　　　　　　　No. 3:10-cr-00260

YAHYA JAMAL AHMED

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. Yahya Jamal Ahmed **(Clay County Detention Facility File No. 0081151, DOB 1988, SSN 2779, USMS # 20501-075)**, is, in due form and process of law, confined in the custody of Clay County Detention Center, 14 S. Water St., Liberty, Missouri.

2. Yahya Jamal Ahmed, has been charged in a multi-count indictment returned in Case No. 3:10-00260 and he is needed for the purpose of an exhibit conference scheduled to commence at 9:00 a.m., on Friday, August 2, 2013, before United States District Judge William J. Haynes, Jr., in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:　　July 11, 2013

　　　　　　　　　　　　　　　　　　*s/ Van S. Vincent*
　　　　　　　　　　　　　　　　　　VAN S. VINCENT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:　United States Marshal, Middle District of Tennessee
　　　Clay County Detention Center, 14 S. Water St., Liberty, Missouri

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of Yahya Jamal Ahmed **(Clay County Detention Facility File No. 0081151, DOB 1988, SSN 2779, USMS # 20501-075)**, now confined in the Clay County Detention Center, 14 S. Water St., Liberty, Missouri, to the United States Courthouse at 801 Broadway, in Nashville, Tennessee by or before 9:00 a.m., on Friday, August 2, 2013, for the purpose of an exhibit conference and, unless otherwise ordered, for all other necessary proceedings in this case.

WITNESS, the Honorable William J. Haynes, Jr., United States District Judge, Middle District of Tennessee.

DATED: 7-11-13

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge