UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:10-cr-260 (12) |
| | ) JUDGE HAYNES |
| | ) |
| FATAH HAJI HASHI (12) | ) |

*[handwritten annotations: ORDER / This motion / is GRANTED. / William [signature] / 7-31-13]*

### DEFENDANT FATAH HAJI HASHI'S MOTION TO BE EXCUSED FROM EXHIBIT CONFERENCE OF AUGUST 2, 2013[1]

Comes Defendant Fatah Haji Hashi (12), through counsel John G. Oliva, and moves this Court to excuse Mr. Hashi's presence from the Exhibit Conference scheduled for August 2, 2013 as set out in the Court Order of February 21, 2013, (DE 3083) and as modified by the Order of March 19, 2013 (DE 3092). In support of this motion, Mr. Hashi submits the following:

1.  After Mr. Hashi was tried and acquitted of Counts 1, 2, 12 and 13 of the Second Superseding Indictment (Minute Entry, DE 2470), he entered a guilty plea to Count 16 of the Third Superseding Indictment on April 12, 2013.

2.  His sentencing hearing is scheduled for August 9, 2013. Order, (DE 3198). Pursuant to the Plea Agreement, the remaining charge (Count 19) and the related forfeiture allegation are to be dismissed at sentencing if the Court accepts the Plea Agreement as tendered.

3.  Fatah Haji Hashi was released on conditions on June 14, 2013 (DE 3173). He returned to Minneapolis, Minnesota where he resides.

4.  Mr. Hashi has been advised of his right to be present during the Exhibit Conference but asks the Court to excuse him from being required to attend.

---

[1] Counsel filed an earlier motion (DE 3208) that inadvertently included an incorrect caption to the motion. This motion is filed with the correct caption to clarify the relief sought. Counsel regrets the error and confusion.

1