IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:10-00260-24 |
| | ) | JUDGE HAYNES |
| MOHAMED SHARIF OMAR, | ) | |
| | ) | |

## MOTION OF DEFENDANT MOHAMED SHARIF OMAR TO ASCERTAIN STATUS OF PENDING MOTION

COMES NOW the Defendant, Mohamed Sharif Omar, by and through his undersigned counsel, Erik R. Herbert, and, pursuant to LR 7.01(c), Middle District of Tennessee, hereby moves to ascertain the status of his *Motion to Amend the Conditions of Pre-Trial Release* filed June 27, 2013, which has been yet to be ruled on by the Court. (Docket Entry 3185). The government filed a written response to Defendant's motion on June 28, 2012. (Docket Entry 3188)

[Handwritten annotation: "DENIED. By heading and nature, this motion is before the Magistrate Judge. To this extent the motion is GRANTED. The rest is MOOT. 8-29-13"]

Respectfully Submitted,

/s/ Erik R. Herbert
Erik R. Herbert
222 4th Ave North Suite 100
Nashville, TN 37219
(615) 255-9595
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Van Vincent, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 28th day of August, 2013.

/s/ Erik R. Herbert
Erik R. Herbert