UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket: 3:10-CR-00260 (23) |
| Plaintiff, | |
| v. | Chief Judge Haynes |
| LIBAN SHARIF OMAR, | |
| Defendant. | |

## DEFENDANT LIBAN SHARIF OMAR'S MOTION FOR PERMISSION TO JOIN THE MOTION FILED BY DEFENDANT MOHAMUD SHARIF OMAR FOR DISCLOSURE OF STATEMENTS OF CO-CONSPIRATORS

Defendant Liban Sharif Omar, by and through the undersigned counsel, moves this Honorable Court for permission to join the motion filed by co-defendant Mohamud Sharif Omar (Docket Entry No. 3279) for disclosure of statements of co-conspirators.

Respectfully submitted,

*Gary R. Wolf*

Dated: Aug. 22, 2013.

Gary R. Wolf
Attorney ID No. 129136 (Minnesota)
Attorney for Defendant Liban Sharif Omar
Suite 205
250 Second Avenue South
Minneapolis, MN 55402
(612) 333-6000