UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-00260-19 |
| ) | Judge Haynes |
| BASHIR YASIN MOHAMUD (19) ) | |

### DEFENDANT BASHIR YASIN MOHAMUD'S MOTION TO JOIN CO-DEFENDANT ABDULLAHI SADE AFYARE'S MOTION FOR DAUBERT HEARING AND MOTION TO PRESENT RULE 412 EVIDENCE OF JANE DOE NO. 2'S PRIOR SEXUAL BEHAVIOR

Comes now the Defendant, Bashir Yasin Mohamud, by and through his undersigned counsel, Bob Lynch, Jr., and hereby moves the Court to permit him to join co-defendant Abdullah Sade Afyare's Motion for Daubert Hearing (*see* D.E. #3276), and Motion to Present Rule 412 Evidence of Jane Doe No. 2's Prior Sexual Behavior (*see* D.E. #3277.)

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Bashir Mohamud*

1