IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:10-00260-24 |
| | ) | JUDGE HAYNES |
| MOHAMED SHARIF OMAR, | ) | |

### DEFENDANT MOHAMED OMAR'S MOTION FOR PERMISSION TO JOIN MOTION FILED BY DEFENDANT MUSSE AHMED ALI OPPOSITION TO GOVERNMENT'S MOTION FOR STAY

Defendant Mohamed Omar (24), by and through the undersigned counsel, moves this Honorable Court for permission to join the response filed by co-defendant Musse Ahmed Ali (Docket Entry No. 3251) as the opposition to the Government's Motion for Stay (DE 3240).

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert #18698
222 Fourth Ave., North, Suite 100
Nashville, TN 37219
Phone: (615) 255-9595
Counsel for Defendant

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Van Vincent, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 22nd day of August, 2013.

/s/ Erik R. Herbert
Erik R. Herbert