IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:10-00260-24 |
| | ) | JUDGE HAYNES |
| MOHAMED SHARIF OMAR, | ) | |

### DEFENDANT MOHAMED SHARIF OMAR'S MOTION TO ADOPT AND RE-FILE ALL PREVIOUSLY FILED PRETRIAL MOTIONS

Defendant Mohamed Sharif Omar, by and through undersigned counsel, hereby moves the Court for permission to reassert and file previous pretrial motions filed on behalf of Defendant. Specifically, Defendant would adopt and reassert the following pretrial motions that include:

1. Motion for Disclosure of Specific Items of Impeaching Information (Docket Entry No. 1076).

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert #18698
222 Fourth Ave., North, Suite 100
Nashville, TN 37219
Phone: (615) 255-9595
Counsel for Defendant

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Van Vincent, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 22nd day of August, 2013.

/s/ Erik R. Herbert
Erik R. Herbert