IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-00260 (20) |
| v. | ) | JUDGE HAYNES |
| | ) | |
| MUSTAFA A. MOHAMED | ) | |

## DEFENDANT MUSTAFA MOHAMED'S MOTION TO ADOPT MOTIONS IN LIMINE FILED BY DEFENDANT BASHIR MOHAMUD

Defendant Mustafa A. Mohamed, by and through undersigned counsel, hereby moves the Court for permission to adopt and assert certain motions in limine filed by co-defendant Bashir Yasin Mohamud (19). The motions in limine are as follows: (1) Motion in Limine No. 1; Docket Entry No. 3257; (2) Motion in Limine No. 2; Docket Entry No. 3258; (3) Motion in Limine No. 3; Docket Entry No. 3259; (4) Motion in Limine No. 7; Docket Entry No. 3263; (5) Motion in Limine No. 8; Docket Entry No. 3264; (6) Motion in Limine No. 9; Docket Entry No. 3265; (7) Motion in Limine No. 10; Docket Entry No. 3266; (8) Motion in Limine No. 11; Docket Entry No. 3267; (9) Motion in Limine No. 12; Docket Entry No. 3268; (10) Motion in Limine No. 13; Docket Entry No. 3269.

*This motion is GRANTED*

[signature]
9-19-13

1