UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | )  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:10-000260 |
| v. | ) |
| | ) JUDGE HAYNES |
| HAMDI OSMAN #25 | ) |
| | ) |

## HAMDI OSMAN'S MOTION TO BE EXCUSED FROM EVIDENTIARY HEARING

Defendant, Hamdi Osman (#25), respectfully requests that this Honorable Court excuse her from the Evidentiary Hearing currently scheduled for September 20, 2013. In support of this Motion, Ms. Osman states that she lives in Minnesota and travel to Tennessee for the Evidentiary Hearing would be expensive. Undersigned counsel will be present at the Hearing to represent Ms. Osman. Undersigned counsel will apprise Ms. Osman of what occurs at the Evidentiary Hearing. Undersigned counsel believes she can adequately represent Ms. Osman's interests without Ms. Osman present.

1