IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:10-cr-260-4 |
| | ) | Chief Judge Hayned |
| v. | ) | |
| | ) | |
| YAHYA JAMAL AHMED | ) | |

## ORDER

In accordance with the sentence imposed in open court, the Court orders the United States Marshal Service to release the Defendant, Yahya Jamal Ahmed, from custody. A formal judgment will follow.

It is so **ORDERED**.

ENTERED this the 20th day of September, 2013

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Judge