> **ORDER:**
> Motion granted.
>
> /s/ E. Clifton Knowles
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:10-00260-24 |
| | ) | MAGISTRATE KNOWLES |
| MOHAMED SHARIF OMAR, | ) | |

### DEFENDANT'S MOTION FOR PERMISSION TO CHANGE RESIDENTIAL ADDRESS

Comes now the petitioner, Mohamed Sharif Omar, by and through his attorney Erik R. Herbert, and respectfully requests that the defendant be permitted to move his residence in Nashville from 860 Plus Park Blvd to 929 Nashboro Blvd, Nashville Tennessee 37217. The defendant is requesting this move because while residing at his previous residence he had some issues with regards to his allergies and the lack of functional air conditioning. The defendant has already spoken with his probation officer Mr. Montgomery about this proposed move. Wherefore the defendant respectfully requests this Honorable Court permit the defendant permission to change his address to the address cited above.

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert  #18698
222 Fourth Ave., North, Suite 100
Nashville, TN  37219
Phone: (615) 255-9595
Counsel for Defendant