IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3-10-00260 |
| v. | ) |
| | ) |
| HAMDI OSMAN | ) |

O R D E R

The defendant's motion to strike motion to temporarily modify conditions of pre-trial release (Docket Entry No. 3448) is GRANTED to the extent that the defendant's motion to temporarily modify conditions of pre-trial release (Docket Entry No. 3438) is DENIED.

It is so ORDERED.

*(signature)*
JULIET GRIFFIN
United States Magistrate Judge