UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | NO. 3:10-cr-00260 (10) |
| | ) | JUDGE HAYNES |
| YASIN AHMED FARAH | ) | |

*[handwritten annotations: DENIED — This motion is DENIED as lacking credibility. Will use US... 11-4-13]*

### MOTION TO AMEND THE DEFENDANT'S REQUIREMENT REGARDING CURFEW AS ORDERED IN THE ORDER SETTING CONDITIONS OF RELEASE ISSUED IN MINNESOTA (D.E. 216)

Comes now the Defendant, Yasin Ahmed Farah, through his undersigned counsel, and respectfully moves the Court to order that the Defendant's curfew be extended to 2:00 a.m. The Defendant's curfew is currently twelve midnight as set by the United States Probation Office in Minnesota. For grounds, the Defendant would state that he works full time during the day and goes to college full time at night. It is not uncommon for the Defendant to not be finished with his classes before 11:00 p.m. The Defendant respectfully requests additional time in order to complete some of the daily tasks, including study with schoolmates, which the average citizen who does not work both a full time job and go to school full time encounters. The Defendant further submits that he has been compliant with the conditions of release placed on him since his arrest almost three years ago. An affidavit and memorandum shall be filed contemporaneously with this motion.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Yasin Ahmed Farah
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com