IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:10-00260 |
| | ) | Chief Judge Haynes |
| ABDIFITAH JAMA ADAN, et al., | ) | |

## ORDER

For the reasons previously set forth in the Court's order dated October 22, 2013 (Docket Entry No. 3497), the following motions are **DENIED**, without prejudice to the parties' right to renew at a later date, for lack of jurisdiction: motion to sever counts by Abdullahi Sade Afyare (**Docket Entry No. 3270**); and motion to review the order of detention by Mustafa A. Mohamed (**Docket Entry No. 3384**).

It is so **ORDERED**.

ENTERED this the ___ day of November, 2013.

William J. Haynes, Jr.
Chief Judge
United States District Court