UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-00260 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| [20] MUSTAFA MOHAMED | ) | |

## JOINT MOTION TO CONTINUE REVIEW OF ORDER OF DETENTION

Comes now the parties and respectfully request the Court continue the review of the Order of Detention currently set for December 9, 2013 at 2:30 p.m. The request is based upon the following:

1. On May 29, 2013 [20] Mustafa Mohamed was arrested and charged by the State of Minnesota for being a convicted felon in possession of a firearm. This charge remains pending. Defendant has failed to post any bond on the State charge. As such, defendant remains held on the charge by the state of Minnesota.

2. On July 2, 2013 an Order on the United States' motion for a Writ of Habeas Corpus Ad Prosequendum was issued commanding that the defendant be brought to this district on a Writ for the purpose of attending the exhibit conference that occurred on Friday, August 2, 2013. (R. 3191: Order PageID# 22537). Defendant was brought to this district from the Hennepin County Jail, as defendant has never posted the required bond to be released from state custody.

3. On July 22, 2013 the warrant was executed as to the defendant and he appeared in this district. (R. 3204: Warrant Executed PageID# 22567).