IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00260-14 |
| | ) | Judge Haynes |
| MUHIYADIN HASSAN | ) | Magistrate Judge Bryant |
| | ) | |

[Handwritten note in margin: "Order: Based upon the Fifth and Eighth Circuit decisions, this motion is DENIED as to any facial challenge and challenge does not state a proper ground for relief."]

## MOTION TO MODIFY CONDITIONS
## OF PRETRIAL RELEASE AND MEMORANDUM OF LAW

The Defendant, Muhiyadin Hassan, by and through counsel, hereby moves this Honorable Court for an Order modifying his conditions of pretrial release by removing the requirements that he wear an electronic monitoring device; to wit, an ankle bracelet and be restricted to home confinement.

## PROCEDURAL BACKGROUND

Muhiyadin Hassan was indicted on October 20, 2010 and arrested on November 8, 2010. A second superceding indictment was filed on May 4, 2011. A third superceding indictment was filed on August 22, 2012.

Mr. Hassan was charged with Counts 1-2 of the third superceding indictment in this case filed on August 22, 2012, which involve allegations of conspiracies involving sex trafficking of minor children and being involved in Somali gangs. He was charged in Counts 3 and 6, which are obstruction of justice counts related to the alleged sex trafficking in Counts 1-2. He was also charged in Counts 16 and 19, which are theft and fraud related counts respectively.

1