UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | Case No. 3:10-00260 |
| vs. ) | JUDGE HAYNES |
| ) | |
| ANDREW KAYACHITH (17), ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

[Handwritten note: This motion to be granted to the GPS features left the electronic monitoring can be affected without GPS. The motion is otherwise DENIED as the monitoring is required by the Adam Walsh Act. /s/ [signature] 12-15-13]

MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Comes now the Defendant, ANDREW KAYACHITH (17), by and through his appointed counsel, and respectfully moves this Honorable Court to order certain modifications to his conditions of release. In support of said motion, Mr. Kayachith states as follows:

1. On November 8, 2010, the Defendant, Andrew Kayachith, was arrested based on the original federal indictment filed in this case. He was originally brought before a magistrate in Minnesota who ordered Mr. Kayachith's release. The Government appealed the release order (Doc. 181), and as a result, Mr. Kayachith remained in federal custody and was transferred to the Middle District of Tennessee.

2. On December 17, 2010, the hearing on the Government's appeal was held, and on March 3, 2011, this Honorable Court ordered Mr. Kayachith released on the original conditions imposed by the magistrate judge in Minnesota. (Doc. 495 and 521).

3. Since Mr. Kayachith's release on conditions, he has had absolutely no issues. At this point, he has been under conditions of release for more than two and half years. On

1