UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:10-00260 |
| v. | ) JUDGE HAYNES |
| | ) |
| YASSIN YUSUF | ) |

## MOTION TO SUPPLEMENT THE RECORD FOR PURPOSES OF APPEAL 13-5296 AND NOTICE OF FILING

Comes now the Defendant, Yassin Yusuf, through counsel and moves this Honorable Court to enter an Order making the following attached document as part of the record in this case for purposes of appeal and for a potential hearing on the Petition for Revocation of Post-Trial Release:

1. September 3, 2013 Order of the Minnesota District Court, Fourth Judicial District in the case of State of *Minnesota vs. Yassin Yusuf* MNCIS Case No. 27-CR-08-30839 discharging Yassin Yusuf from probation and reducing the conviction to a misdemeamor.

s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Yassin Yusuf
211 Printers Alley Building, 4th Floor
Nashville, Tennessee
(615) 242-2675