# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No. 3:10-cr-00260** |
| | ) | **Chief Judge Sharp** |
| ABDIFITAH JAMA ADAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' MOTION TO DISMISS

In light of the Sixth Circuit's recent opinions in *United States v. Fahra, et al.* (6th Cir. Case Nos. 13-5122, 13-6391, and 13-6422) [DE# 3785] and *United States v. Afyare, et al.* (6th Cir. Case Nos. 13-5924) [DE# 3786], the United States moves to dismiss with prejudice all outstanding charges against the remaining defendants in *United States v. Adan, et al.* (M.D. Tenn. Case No. 3:10-cr-000260).

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

**s/ *Van S. Vincent***
Van S. Vincent
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2016, I sent a copy of the foregoing via the Court's electronic filing system to counsel for all defendants.

*s/ Van S. Vincent*
VAN S. VINCENT